United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIODUN M. SODIPO, | No. C 06-05794 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| CAYMAS SYSTEMS, INC., | |
| Defendant. | |

The Court hereby orders the court reporter to prepare a transcript of the hearing that took place on September 29, 2006, in the above-captioned case. The court reporter shall provide a copy of the transcript to Plaintiff at no charge.

**IT IS SO ORDERED.**

Dated: October 18, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\5794\order re transcript.wpd