LEWIS BRISBOIS BISGAARD & SMITH LLP
CHARLES O. THOMPSON, SB# 139841
ELAINE WANG, SB 213808
One Sansome Street
Suite 1400
San Francisco, California 94104
Telephone: (415) 362-2580
Facsimile: (415) 434-0882

Attorneys for Defendant CAYMAS SYSTEMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIODUN M. SODIPO,<br><br>    Plaintiff,<br><br>v.<br><br>CAYMAS SYSTEMS, INC.,<br><br>    Defendants. | CASE NO. 6-05794-CRB<br><br>SUBSTITUTION OF ATTORNEYS<br><br>ACTION FILED: September 26, 2006<br>TRIAL DATE: Not Set |

Defendant CAYMAS SYSTEMS, INC. hereby substitutes LEWIS BRISBOIS BISGAARD & SMITH LLP as his attorneys of record in the place and stead of Heller Ehrman, LLP.

I consent to the above substitution.

DATED: October 6, 2006

CAYMAS SYSTEMS, INC.

By _____
Tabitha Weiseth
Its: HR Manager

SUBSTITUTION OF ATTORNEYS

4841-3469-7985.1

-1-

I consent to the above substitution.

DATED: October 11, 2006           LEWIS BRISBOIS BISGAARD & SMITH LLP

                                  By _____(for)_____
                                     Charles O. Thompson
                                     Attorneys for Defendant CAYMAS SYSTEMS, INC.

I consent to the above substitution.

DATED: October 11, 2006           HELLER EHRMAN LLP

                                  By _____
                                     Brooke Desiree Andrich

October 19, 2006

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LEWIS BRISBOIS BISGAARD & SMITH LLP
ONE SANSOME STREET, SUITE 1400
SAN FRANCISCO, CALIFORNIA 94104
TELEPHONE (415) 362-2580

SUBSTITUTION OF ATTORNEYS
4841-3469-7985.1