IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIODUN M. SODIPO, | No. C 06-05794 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| CAYMAS SYSTEMS, INC., | |
| Defendant._____/ | |

Plaintiff's application to proceed *in forma pauperis* is hereby GRANTED. **IT IS SO ORDERED.**

Dated: November 7, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\5794\order re IFP.wpd