United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ABIODUN M. SODIPO,

Plaintiff,

v.

CAYMAS SYSTEMS, INC.,

Defendant.

_______________________________/

No. C 06-05794 CRB

**ORDER**

Now pending before the Court are Plaintiff's motions for recusal of this Court and for transfer of the case.

Plaintiff has not set forth sufficient facts or reasons to demonstrate that recusal is justified. See 28 U.S.C. § 144 or 28 U.S.C. § 455. Under federal law, recusal is required only due to *extrajudicial* causes of bias or impartiality. See, e.g., United States v. Carnigan, 600 F.2d 762, 763 (9th Cir. 1979). Plaintiff's disagreement with the decisions of the Court, however unreasonable those decisions may be in Plaintiff's eyes, does not warrant recusal of a presiding judge.

Nor does the alleged hardship caused to Plaintiff in making the commute to San Francisco warrant transfer of the case to the Oakland division. Having chosen initially to litigate in San Francisco, Plaintiff cannot now obtain a transfer because of difficulty in traveling to the division of the court where he himself filed suit.

Plaintiff's motions are therefore DENIED. **IT IS SO ORDERED.**

Dated: November 27, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California