1
2
3
4
5
6
7
8                  IN THE UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   ABIODUN M. SODIPO,                      No. C 06-05794 CRB

12              Plaintiff,                    **ORDER**

13      v.

14   CAYMAS SYSTEMS, INC.,

15              Defendant.
     _____/
16

17       Having already ruled on Plaintiff's "Motion to Compel Meet and Confer," the Court

18   hereby DENIES as moot the subsequently filed "Motion to Shorten Time."

19       **IT IS SO ORDERED.**

20

21

22   Dated:  December 6, 2006                 _____
                                              CHARLES  R. BREYER
23                                            UNITED STATES DISTRICT JUDGE

24

25

26

27

28

G:\CRBALL\2006\5794\7 - order re shorten time.wpd