IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIODUN M. SODIPO,<br><br>    Plaintiff,<br><br>  v.<br><br>CAYMAS SYSTEMS, INC.,<br><br>    Defendant.<br>_____ / | No. C 06-05794 CRB<br><br>**ORDER** |

      Now pending before the Court are three motions filed by Plaintiff. The first seeks injunctive relief in the form of an order requiring Defendant, who previously terminated Plaintiff, to rehire him. The second seeks sanctions for Defendant's alleged failure to comply with discovery obligations. The third seeks permission from the Court to argue the first two on an expedited schedule.

      As to the first motion, the Court has already ruled on Plaintiff's request for injunctive relief--twice. The Court hereby DENIES Plaintiff's motion for reconsideration of those rulings. While the Court empathizes with Plaintiff's situation, the Court remains of the view that injunctive relief is inappropriate in this case, notwithstanding the hardship caused to Plaintiff by the lack of a stable source of income. The difficulty, inconvenience, and expense of pursuing litigation against a former employer does not justify compelling that employer to finance the litigation against it by rehiring the employee it has terminated, at least not on the

facts of this case. For the reasons set forth in the Court's previous written order, the decision to deny a preliminary injunction will stand.

The Court also DENIES Plaintiff's motion for sanctions. Sanctions are appropriate only in extraordinary cases, and this Court does not lightly impose them, especially where, as here, there has been no willful misconduct. On December 1, 2006, the Court held a hearing on Defendant's motion to dismiss. The Court informed the parties that at least some portion of the case would go forward and instructed them to proceed with discovery. The Court set a date for Plaintiff to have his deposition taken: January 9, 2007. In setting that date, the Court struck a balance between Plaintiff's request to move the proceedings along as quickly as possible in light of his difficult circumstances, and defense counsel's need to avoid a conflict with another engagment in mid-December, namely an unrelated trial in Sonoma County Superior Court. The Court further informed Plaintiff that he was entitled to receive responses prior to January 9, 2007, to the discovery requests he had already submitted to Defendant.

In no way has Defendant violated any order or instruction of this Court. The Court anticipates that Defendant will still comply with the Court's instruction to provide timely responses to the six interrogatories originally submitted by Plaintiff via e-mail on October 21, 2006. To provide Plaintiff an opportunity to review the requested materials them prior to his deposition, the Court further ORDERS Defendant to provide these responses not later than December 31, 2006--precisely thirty days after which the Court instructed the parties that discovery would proceed in the case.

For the reasons set forth above, the Court therefore DENIES Plaintiff's motion for reconsideration, DENIES Plaintiff's motion for sanctions, and DENIES as moot Plaintiff's request for an expedited hearing.

**IT IS SO ORDERED.**

Dated: December 21, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE