IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIODUN M. SODIPO,<br><br>    Plaintiff,<br><br>  v.<br><br>CAYMAS SYSTEMS, INC.,<br><br>    Defendant.                          / | No. C 06-05794 CRB<br><br>**ORDER** |

This Court has previously denied Plaintiff's request for leave to file a motion for reconsideration of this Court's order denying his previous motion for a preliminary injunction.  See Docket No. 112.  Plaintiff nonetheless has pursued a request for reconsideration.  Plaintiff's motion for reconsideration is hereby DENIED, for the reasons set forth in the Court's original order, the reasons stated by the Court at subsequent hearings in this case, and the reasons stated in response to Plaintiff's previous motions for reconsideration.  Plaintiff shall not file any further requests for reconsideration, or any other motions relating to injunctive relief, without first seeking leave from the Court to do so.

**IT IS SO ORDERED.**

Dated: February 13, 2007

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\5794\10 - order re reconsideration.wpd