IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIODUN M. SODIPO, | No. C 06-05794 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| CAYMAS SYSTEMS, INC., | |
| Defendant. | |

Plaintiff's *ex parte* motion for relief from this Court's order of June 5, 2007 is DENIED. Plaintiff's continued deposition shall take place, absent an agreement to the contrary by the parties, on Friday, July 6, 2007, and in any event, not later than that date. At the deposition, Defendant shall not ask Plaintiff any questions related to the attorneys to whom he has spoken about his case, the location where he obtains internet access for his legal research, or where he parks his car. All other objections raised by Plaintiff in his *ex parte* motion are overruled, as the questions he identifies are relevant to the instant litigation.

**IT IS SO ORDERED.**

Dated: June 13, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\5794\14 - order re deposition.wpd