# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIODUN M. SODIPO, | ) CASE NO.6-05794-CRB |
| Plaintiff, | ) **ORDER GRANTING DEFENDANT** |
| | ) **CAYMAS SYSTEMS, INC.'S REQUEST** |
| v. | ) **REGARDING THE LOCATION OF** |
| | ) **PLAINTIFF'S CONTINUED DEPOSITION** |
| CAYMAS SYSTEMS, INC., | ) |
| | ) |
| Defendant. | ) ACTION FILED: September 26, 2006 |
| | ) TRIAL DATE:   Not Set |

The Court received the request of Defendant Caymas Systems, Inc. to conduct Plaintiff Abiodun M. Sodipo's continued deposition at the courthouse as the Court issued its second order on June 6, 2007 compelling Plaintiff's deposition on July 6, 2007. It is hereby ordered that Plaintiff shall appear for his deposition on July 6, 2007 at 10:00 a.m. at Courtroom D, 450 Golden Gate Ave., San Francisco, California 94102.

IT IS SO ORDERED.

Dated: June 21, 2007



JAMES LARSON
Chief Magistrate Judge

4848-3740-2369.1         -1-
**ORDER GRANTING DEFENDANT CAYMAS SYSTEMS, INC.'S REQUEST REGARDING THE LOCATION OF PLAINTIFF'S CONTINUED DEPOSITION**