IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIODUN M. SODIPO, | No. C 06-05794 CRB |
| Plaintiff, | **ORDER** |
| v. | |
| CAYMAS SYSTEMS, INC., | |
| Defendant. / | |

The Court has received Plaintiff's *ex parte* motion for relief from an order requiring the deposition to take place at the San Francisco Courthouse, as opposed to law offices of defense counsel, as had been previously ordered by the Court. Plaintiff's motion is hereby DENIED. As the Court perceives no prejudice to either party by holding the deposition at a neutral location, the Court affirms the order that the continued deposition shall take place at the San Francisco Courthouse.

**IT IS SO ORDERED.**

Dated: June 29, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\5794\15 - order re deposition.wpd