IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIODUN M. SODIPO,<br><br>    Plaintiff,<br><br>  v.<br><br>CAYMAS SYSTEMS, INC.,<br><br>    Defendant.<br>_____/ | No. C 06-05794 CRB<br><br>**ORDER** |

Plaintiff's motion to shorten time is hereby DENIED. Plaintiff's motion to add Citrix Systems as a Defendant in the case is hereby DENIED without prejudice. Plaintiff may renew his motion after providing proper notice of the motion and after Defendant has had a full opportunity to respond, as required by Local Rule 7-2.

**IT IS SO ORDERED.**

Dated: July 19, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\5794\16 - order.wpd