IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIODUN M. SODIPO,<br><br>    Plaintiff,<br><br>  v.<br><br>CAYMAS SYSTEMS, INC.,<br><br>    Defendant.<br>_____/ | No. C 06-05794 CRB<br><br>**JUDGMENT** |

Having granted Defendant's motion for summary judgment, the Court hereby enters judgment against Plaintiff and in favor of respondent.

**IT IS SO ORDERED.**

Dated: August 23, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\5794\judgment.wpd