IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABIODUN M. SODIPO,<br><br>    Plaintiff,<br><br>  v.<br><br>CAYMAS SYSTEMS, INC.,<br><br>    Defendant.<br>_____/ | No. C 06-05794 CRB<br><br>**ORDER DENYING MOTION FOR RELIEF** |

    Plaintiff moves for relief from this Court's order granting summary judgment to Defendant Caymas Systems, dated August 23, 2007, on the ground that the Court's decision was predicated on "fraud (whether previously called intrinsic or extrinsic), misrepresentation, or misconduct" by the defendant. Fed. R. Civ. P. 60(b)(3). The Court finds that Plaintiff has failed to prove "by clear and convincing evidence that the verdict was obtained through fraud, misrepresentation, or other misconduct and the conduct complained of prevented the losing party from fully and fairly presenting the defense." De Saracho v. Custom Food Machinery, Inc., 206 F.3d 874, 880 (9th Cir. 2000). Accordingly, the motion for relief is DENIED. **IT IS SO ORDERED.**

Dated: June 24, 2008

                                       CHARLES R. BREYER
                                       UNITED STATES DISTRICT JUDGE